# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

---

Christina M Ewing-Rafferty　　　　　　　　　　19-13527

　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

Debtor(s)　　　　　　　　　　　　　　　　　　JUDGE LaShonda A Hunt

## NOTICE OF MOTION

---

TO: See attached service list

PLEASE TAKE NOTICE that on December 18, 2020 at 10:15 a.m., I will appear before the Honorable LaShonda A Hunt, or any judge sitting in that judge's place, and present the Debtors Motion to OBTAIN/INCUR DEBT a copy of which is hereby attached.

This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information—Toll Free Number: 1-888-557-8511; Access Code: 7490911.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

　　　　　　　　　　　　　　　　　　　　　　　　　　By: David H Cutler
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　4131 Main St. Skokie, IL 60076
　　　　　　　　　　　　　　　　　　　　　　　cutlerfilings@gmail.com

CERTIFICATE OF SERVICE I, David H Cutler, certify/declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion/application on each entity shown on the attached list at the address shown and by the method indicated on the list on December 4, 2020, before 6:00 p.m.