IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No.: 19-13527 |
| Christina M Ewing-Rafferty ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Judge LaShonda A Hunt |

## MOTION TO OBTAIN/INCUR DEBT

NOW COMES the Debtor, Christina M Ewing-Rafferty, by and through her attorneys, Cutler and Associates, Ltd., and moves this Honorable Court to enter an order authorizing the Debtor to obtain financing for the purchase of a vehicle. In support thereof, Debtor states as follows:

1. On May 9, 2019, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor's Chapter 13 plan was confirmed on August 2, 2019.

3. The confirmed plan calls for a monthly payment of $1,327 per Month for 60 months with general unsecured creditors receiving 100% of their timely filed or allowed claims.

4. That under the confirmed Plan the Debtor was financing a 2017 Ford Escape; which is being traded in.

5. That the Debtor has found a vehicle she wishes to purchase, a 2020 Ford Escape. (See Exhibit A)

6. That the Debtor requires safe and reasonable transportation to commute to and from work.

7. The Debtor's proposed monthly payment for the purchase of the vehicle would be $553.01. The Debtor's current monthly payments are $506.46 per month. The Debtor has

room in her budget to make the increased monthly car payment.

8. The Debtor, therefore, requests permission to incur debt as set forth herein and on the attached proposed financing document which is attached hereto as Exhibit A.

9. That the terms in Exhibit A were the best terms offered to the Debtor, given the active Bankruptcy status.

10. That the Debtor filed in good faith and intends to complete her plan of reorganization.

WHEREFORE, Debtor prays that this Honorable Court enters an order that will allow her to incur $36,460 in auto financing with installment payment of $553.01 per month for 72 months, at the 2.9% interest rate.

Respectfully submitted,

Christina M Ewing-Rafferty

By:   /s/ *David H. Cutler*
     David H. Cutler, esq.
     Cutler & Associates, Ltd.
     4131 Main St., Skokie IL 60076
     (847) 673-8600

2